JUNE M. ZAKLUKIEWICZ *v.* ROGER C. ZAKLUKIEWICZ
(11426)

HEIMAN, FREEDMAN and SCHALLER, Js.

Argued May 5—decision released May 25, 1993

*June M. Zaklukiewicz,* pro se, the appellant (plaintiff).
*Julia Morris Paul,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.